**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSEPH T. PROCHAZKA                                                                                              PLAINTIFF

v.                                              No. 4:14CV00004 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                                DEFENDANT

## ORDER

On October 10, 2014, United States Magistrate Judge Jerome T. Kearney submitted proposed findings and recommended disposition in which he recommended that the Court deny the request for relief by Joseph T. Prochazka and affirm the decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying Prochazka's application for disability benefits. No objections have been filed. Therefore, the proposed findings and recommended disposition will be adopted as the findings and disposition of the Court. Judgment will be entered separately denying Joseph T. Prochazka's request for relief and affirming the decision of the Commissioner of the Social Security Administration.

IT IS SO ORDERED this 28th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE