**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JOSEPH T. PROCHAZKA                                                                                           PLAINTIFF

v.                                            No. 4:14CV00004 JLH-JTK

CAROLYN W. COLVIN, Acting Commissioner,
SOCIAL SECURITY ADMINISTRATION                                                              DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, the request for relief by Joseph T. Prochazka is denied. The decision of Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying Joseph T. Prochazka's application for disability benefits is affirmed. This action is dismissed with prejudice.

IT IS SO ORDERED this 28th day of October, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE